

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Remnant Assets, LLC,

\* From the 118th District Court
of Glassock County,
Trial Court No. 1789.

Vs. No. 11-22-00343-CV

\* August 8, 2024

Permico Royalties, LLC;
Parkcrest Minerals, LLC;
and David B. Roemer,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Remnant Assets, LLC.